UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

GINA AROZARENA,

        Plaintiff,

    v.

CARPENTER CO,

        Defendant.

No. 5:17-cv-05457

# **O R D E R**

**AND NOW**, this 24th day of May, 2018, upon consideration of Defendant's Partial Motion to Dismiss, ECF No. 4, and for the reasons set forth in the Opinion issued this date, it is ORDERED that:

1. Defendant's Partial Motion to Dismiss, ECF No. 4, is **GRANTED**;

2. Count II of the Complaint is **DISMISSED without prejudice**;

3. Count IV of the Complaint is **DISMISSED without prejudice**, to the extent that Plaintiff alleges a claim for disability discrimination under this Count;

4. Plaintiff may file an amended complaint no later than **June 8, 2018**.

BY THE COURT:

_____
JOSEPH F. LEESON, JR.
United States District Judge